# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DESMOND D. MARTIN                                                                                                    PETITIONER
ADC#149795

v.                                                  No. 5:12CV00390 JLH/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                                    RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the petition for writ of habeas corpus is DENIED, and this case is DISMISSED, WITH PREJUDICE.  IT IS FURTHER ORDERED THAT a certificate of appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

DATED this 2nd day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE